UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:25-cr-69 |
| v. | ) | |
| | ) | Judge Travis R. McDonough |
| JASON LEMKE | ) | |
| | ) | Magistrate Judge Christopher H. Steger |
| | ) | |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 217) recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count Eight of the thirty-four count Indictment; (2) accept Defendant's guilty plea to Count Eight of the thirty-four count Indictment; (3) adjudicate Defendant guilty of aiding and abetting possession with intent to distribute fifty grams or more of methamphetamine in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 18 U.S.C. § 2; and (4) order that Defendant remain in custody pending sentencing or further order of this Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 217) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to Count Eight of the thirty-four count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count Eight of the thirty-four count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of aiding and abetting possession with intent to distribute fifty grams or more of methamphetamine in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 18 U.S.C. § 2; and

4. Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter, which is scheduled to take place on **August 7, 2026, at 9:00 a.m.**

**SO ORDERED.**

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**